IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| TONY WAYNE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-215-F |
| ) | WO |
| TALLAPOOSA COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 3, 2005 (Doc. #15), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that defendants' motion to dismiss is GRANTED and this case is DISMISSED as moot.

DONE this 27th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE